UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2022 FEB 9 P 3:17
DEPUTY CLERK

UNITED STATES OF AMERICA :
: Criminal No.: 1:22-cr-00023-LEW
v. :
:
DAQUAN CORBETT, A/K/A "CHINX"; :
DAVISTON JACKSON, A/K/A "MATTY"; :
SARAH MCBREAIRTY; :
JAMES KING, A/K/A "JIMMY"; :
JOHN MILLER, A/K/A "INDIAN"; :
JAMES VALIANTE, A/K/A "JIMMY"; :
MATTHEW CATALANO, A/K/A "TAMPA"; :
ANDREW ADAMS; :
THOMAS HAMMOND, A/K/A "TOMMY"; :
WAYNE SMITH, A/K/A "WEEZ, "WEEZY"; :
SHELBY LORING; :
JOSH YOUNG; :
AARON RODGERS; :
JASON CUNROD; :
JOSHUA JERRELL; :
CHRIS COTY; and :
CAROL GORDON :

**MOTION TO SEAL CASE**

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the arrests of the defendants.

The Government requests that the Indictment and associated docket entries be unsealed upon the arrests of the defendants.

Date: 2/9/22

Darcie N. McElwee
United States Attorney

/s/Joel B. Casey
Assistant U.S. Attorney

2/9/22 Granted
[signature]