1:22-cr-00023-LEW

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2022 FEB -9 P 3:15
DEPUTY CLERK

SECRET

**Synopsis**
(Indictment)

| | |
|---|---|
| **Name:** | Joshua Young |
| **Address:**<br>**(City & State Only)** | Presque Isle, Maine |
| **Year of Birth and Age:** | 1990/31 |
| **Violations:** | **Count 1**: Conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture or substance containing methamphetamine and 400 grams or more of a mixture or substance containing fentanyl. See 21 U.S.C. §846 |
| **Penalties:** | **Count 1:** Up to 20 years imprisonment, $1,000,000 fine, or both. See 21 U.S.C. §841(b)(1)(C) |
| **Supervised Release:** | **Count 1:** At least 3 years and up to life. See 21 U.S.C. §841(b)(1)(C). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than two years. See 18 U.S.C. §3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** 3 years less any term of imprisonment imposed upon revocation of supervised release. See 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBA |
| **Primary Investigative Agency and Case Agent Name:** | DEA – S/As Bryan Klutzaritz & Jon Richards<br>ATF – S/A Justin Blais |
| **Detention Status:** | Warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **Counties:** | Penobscot / Aroostook |
| **AUSA:** | Casey |

| | |
|---|---|
| **Guidelines apply? Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. 18 U.S.C. § 3013(a)(2)(A) |