UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
SECRET
2022 FEB -9 P 3:15
DEPUTY CLERK

**UNITED STATES OF AMERICA** )
)
**v.** ) **Criminal No. 1:22-cr-** 00023-LEW
)
**JOSHUA YOUNG** )

**PRAECIPE FOR WARRANT**

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: 2/9/22

/s/ Joel B. Casey
Assistant U.S. Attorney