**UNTED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Docket No.: 1:22-cr-00023-LEW** |
| | ) | |
| **JOSHUA YOUNG** | ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of Case. This case is eligible for a detention order because the case involves:

___ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

___ Crime of violence

___ Maximum sentence life imprisonment or death

_X_ 10+ year drug offense

___ Felony, with two prior convictions in above categories

___ Serious risk defendant will flee

___ Serious risk obstruction of justice

2. Reasons for Detention.

(i) Temporary Detention.

______________________________________________

______________________________________________

(ii) Other than Temporary Detention. The court should detain the defendant because there are no conditions of release which will reasonably assure:

_X_ Defendant's appearance as required

_X__ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

_X__ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. § 801 *et seq.*), the Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*), or chapter 705 of title 46, or an offense under section 924(c), 956(a), or 2332b of title 18.

____ Previous conviction for "eligible" offense committed while on pretrial bond.

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of three days.

5. Length of Detention Hearing. The United States will require a half hour to present its case for detention.

6. Other Relevant Matters. N/A

Date: February 15, 2022

DARCIE N. MCELWEE
United States Attorney

/s/ Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04101
(207) 945-0373

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed The Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notifications of such filing(s) to the following:

Counsel for the Defendant

Darcie N. McElwee
United States Attorney

/s/ Joel B. Casey
Assistant United States Attorney
U.S. Attorney's Office
202 Harlow Street, Room 111
Bangor, ME 04401
(207) 945-0373
Joel.casey@usdoj.gov