UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:22-cr-00023-LEW-12 |
| | ) | |
| JOSHUA YOUNG, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF TEMPORARY DETENTION**

Defendant appeared before the Court by videoconference on February 16, 2022, for an arraignment on an indictment that was filed against him on February 9, 2021. Defendant requested that the matter be continued. The Court granted the request and the matter is continued to February 22, 2022, at a time to be determined.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f).

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 16th day of February, 2022.