**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO: 1:22-cr-00023-LEW -12 |
| | ) | |
| JOSHUA YOUNG | ) | |

PROCEDURAL ORDER

The Court hereby ORDERS the parties to meet and confer within five (5) days of this date on all discovery and pretrial production matters in this case.

The defendant shall file all pretrial motions not later than Monday, March 14, 2022.

The government shall respond to each defense motion within 21 days of its filing. The Court cautions the parties that the filing of any unnecessary motion may result in imposition of sanctions – the parties are to present to the Court by motion only genuine issues actually in dispute which the parties are unable to resolve in conference.

The trial in this matter is hereby scheduled to commence before Judge Walker on April 5, 2022.

The Clerk shall be notified of any proposed change of plea not later than twenty-five (25) days from today.

/s/ John C. Nivison
U. S. Magistrate Judge

Dated: 2/28/2022