UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:22-cr-00023-LEW-12 |
| | ) | |
| JOSHUA YOUNG, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER OF DETENTION PENDING TRIAL**

Defendant appeared before the Court by videoconference on February 28, 2022, for an arraignment on an indictment that was filed against him on February 9, 2022. Pursuant to 18 U.S.C. § 3142(f)(1)(D), the Government moved for detention pending trial. The Court informed Defendant of his right to a detention hearing. Defendant waived his right to a detention hearing and consented to being detained pending trial. The Court is satisfied that Defendant's waiver was made voluntarily, knowingly and intelligently, and hereby accepts the same. The Court, therefore, grants the Government's motion for detention. (ECF No. 80.) Accordingly, it is ORDERED that Defendant be detained pending trial, subject to Defendant's ability to seek to reopen the detention hearing as discussed on the record.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States marshal for the purposes of an appearance in connection with a court proceeding.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 28th day of February, 2022.